**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**FARUK ATIK ADIR**                                                                **PETITIONER**

**V.**                                                                **Cause No. 5:25-cv-00123-DCB-BWR**

**WARDEN RAFAEL VERGARA,**                                                                **RESPONDENTS**
*Adams County Correctional Center et al.*

## ORDER

This matter is before the Court on Faruk Atik Adir's (Petitioner's) Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Motion for Order to Show Cause [2]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435. Respondent Raphael Vergara, the Warden of the Adams County Correctional Center, is the proper Respondent. The Court directs Respondent Vergara to file an answer or other responsive pleading.

Petitioner's Motion to Show Cause [2] requests that the Court issue an order to show cause directing Respondent to respond to the Petition within three days. Three days is not enough time for Respondent to even be served. Respondent's answer

or other responsive pleading is due within twenty (20) days of the service of a copy of this Order.

**IT IS THEREFORE ORDERED** that Raphael Vergara, Warden of Adams County Correctional Center, is the proper Respondent and any others listed on the docket are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondent Vergara shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Order to Show Cause [2] is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, P.O. Box 850, Washington, MS 39190.

**SO ORDERED**, this the 6th day of November 2025.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2